VIRGINIA CORRIS, Respondent, v. MILDRED S. KELLY and Another, Appellants. — Judgment and order affirmed, with costs. All concur. (The judgment is for damages in an automobile negligence action.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

JAMES N. SCULLY, Respondent, v. MANUFACTURERS AND TRADERS TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order vacates a notice of examination before trial.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

FRANCIS P. SCULLY, Respondent, v. MANUFACTURERS AND TRADERS TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order vacates a notice of examination before trial.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

HAROLD W. PUTNAM, Respondent, v. MANUFACTURERS AND TRADERS TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order vacates a notice of examination before trial.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

BYRON D. SHULTZ, Respondent, v. MANUFACTURERS AND TRADERS TRUST COMPANY, Appellant.— Order affirmed, with ,ten dollars costs and disbursements. All concur. (The order vacates a notice of examination before trial.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

MINNIE L. ZWICKEY, Respondent, v. MANUFACTURERS AND TRADERS TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order vacates a notice of examination before trial.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the Application of ARTHUR B. COBB, Respondent, for the Oral Examination of " Doc " SCHULMAN, the Name " Doc " Being Fictitious, First Name Unknown, Witness, Appellant, in a Proposed Action to Be Entitled Supreme Court — Erie County — ARTHUR B. COBB, Plaintiff, v. LESLIE R. FRENCH and " JOHN DOE," etc., Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion to vacate an order for examination of a witness before action brought and grants in part motion to limit and amend said order for examination.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Judicial Settlement of the Estate of EMMA A. THOMPSON, Deceased.— Decree reversed on the law, with costs, and claim allowed for $372.98 and interest thereon from January 11, 1934, with costs. Memorandum. The claim in this proceeding is based on a specific covenant in a contract amply supported by consideration and no partial payment of the claim is alleged. There is sufficient proof of the amount due under the terms of the contract. Under these circumstances the claim was established without express proof of non-payment. All concur. (The decree dismissed a claim under a written agreement concerning caring for the deceased.) Present — Sears, P. J., Taylor, Edgcomb, Thompson, and Crosby, JJ. [149 Misc. 899.]